UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD VAL DAVIN | ) | NO. CV 13-8688-SJO (E) |
| | ) | |
|       Petitioner, | ) | |
| | ) | |
|   v. | ) | ORDER RE VOLUNTARY DISMISSAL |
| | ) | |
| SHERIFF LEE BACA, | ) | |
| | ) | |
|       Respondent. | ) | |
| _____ | ) | |

    Petitioner filed a "Petition for Writ of Habeas Corpus By a Person in State Custody" on November 25, 2013. On February 3, 2014, Respondent filed a "Motion to Dismiss Petition, etc." ("Motion to Dismiss"), contending that dismissal of the Petition was appropriate because Petitioner's direct appeal assertedly is still pending in the California Court of Appeal. On April 29, 2014, Petitioner filed an Opposition to the Motion to Dismiss which, inter alia, appeared to contend that Petitioner had not received a copy of the Motion to Dismiss. On April 30, 2014, the Magistrate Judge issued a Minute Order directing the Courtroom Deputy Clerk to mail to Petitioner copies of the Motion to Dismiss and all other documents filed by Respondent on

February 3, 2014.  The Magistrate Judge also ordered Petitioner to file a Supplemental Opposition to the Motion to Dismiss on or before May 29, 2014.

On June 4, 2014, Petitioner filed a "Notice of Motion, and Motion for a 'Report and Recommendation' Without Further Delay."  On June 10, 2014, the Magistrate Judge issued a Minute Order denying Petitioner's June 4, 2014 Motion to the extent that Motion sought entry of default against Respondent.  The Magistrate Judge ordered Petitioner to file a Supplemental Opposition to the Motion to Dismiss within twenty (20) days of the date of the June 10, 2014 Minute Order.

On July 1, 2014, Petitioner filed a "Notice of Motion and Motion to Dismiss Petition Without Prejudice Until Appeal Is Completed." Petitioner states that he has obtained counsel to represent Petitioner on direct appeal in the California Court of Appeal, and requests dismissal of the present Petition without prejudice.

Rule 41(a) of the Federal Rules of Civil Procedure permits a petitioner to dismiss an action voluntarily, without court order, by filing a notice of dismissal at any time before service by an adverse party of an answer or a motion for summary judgment.  See Howard v. On Habeas Corpus, 2013 WL 1098334 (E.D. Cal. Mar. 15, 2013) (granting habeas petitioner's request for voluntary dismissal pursuant to Rule 41(a)).  Respondent has not filed any answer or motion for summary judgment in this action.  Therefore, under Rule 41(a)(1), this action is deemed dismissed by operation of law, without any court order.  See Commercial Space Management Co. v. Boeing Co., 193 F.3d 1074, 1078

1  (9th Cir. 1999) ("it is beyond debate that a dismissal under Rule
2  41(a)(1) is effective on filing, no court order is required, the
3  parties are left as though no action had been brought, the defendant
4  can't complain, and the district court lacks jurisdiction to do
5  anything about it").  This dismissal is without prejudice.  See Fed.
6  R. Civ. P. 41(a).  Respondent's Motion to Dismiss is denied as moot.

   DATED: July 3, 2014.

   _____/s/ S. James Otero_____
                S. JAMES OTERO
           UNITED STATES DISTRICT JUDGE

Presented this 3rd day
of July, 2014, by:


   _____/S/_____
            CHARLES F. EICK
       UNITED STATES MAGISTRATE JUDGE